# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMENIA MAYER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BOYS & GIRLS CLUBS OF PHILADELPHIA | : | |
| INC., and THE SCHOOL DISTRICT OF | : | NO. 10-7574 |
| PHILADELPHIA | : | |
| Defendants. | | |

## ORDER

AND NOW, on this 23rd day of September, 2011, upon careful consideration of the Motion to Dismiss of Defendant Boys & Girls Clubs of Philadelphia, Inc. (ECF No. 11), and the parties' briefing, and for the reasons in the accompanying Memorandum on Motion to Dismiss, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-7574 Mayer v. Boys & Girls Clubs\Mayer MTD Order.wpd